**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHN J. DELGADO,**

              **Plaintiff,**

**-vs-**                              **Case No.  6:05-cv-192-Orl-31JGG**

**COMMISSIONER OF INTERNAL REVENUE,**

              **Defendant.**

_____

## ORDER

This case is before the Court on Defendant Commissioner of Internal Revenue's Motion to Dismiss (Doc. 5).  Plaintiff has not filed an opposition to the motion, and the time to do so has passed.  It appears that the motion is well-founded.  Accordingly, it is therefore

**ORDERED** that Defendant's Motion to Dismiss (Doc. 5) is **GRANTED** as unopposed, and Plaintiff's Complaint (Doc. 1) is **DISMISSED** for lack of jurisdiction.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 24, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party